UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTINA SAMS,

    Defendant.

_____/

Hon. Jane M. Becerking

Case No. 1:23-cr-00075

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in an Indictment. The Indictment charges defendant with assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 113(a)(6), 1365(h)(3), 1151, and 1153.

The government sought defendant's detention on the basis that she is a danger to the community, 18 U.S.C. § 1342(f)(1). The Court conducted a hearing on June 30, 2023, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has sustained its burden by clear and convincing evidence that she is a danger to the community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community. Accordingly,

2

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on June 30, 2023.

Date June 30, 2023                                                           /s/ Phillip J. Green  
                                                                                             PHILLIP J. GREEN  
                                                                                             United States Magistrate Judge